IN THE UNITED DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KYEONG HO JEON and <br> JIN RANG JEON, on behalf of <br> Themselves and other similarity situated <br><br> Plaintiffs, <br><br> v. <br><br> SK BEAUTY SUPPLY (aka SASSY <br> BEAUTY MART) and SON CHON, <br><br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action 1:18-CV01020-TCB<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION TO ENTER STIPULATED JUDGMENT

Plaintiffs and Defendants jointly move the Court to enter a stipulated judgment against Defendants in the amount of $13,000. The parties have included a proposed judgment for the Court's consideration. Defendants are refiling this consent motion to correct a clerical error in the earlier proposed judgment.

Plaintiffs allege that Defendants violated the Fair Labor Standards Act. In their Statements of Claim (Doc. Nos. 7-1, and 7-2), each Plaintiff claims unpaid overtime of $2,264.06. Plaintiffs allege that their hourly regular pay was supposed to be $17.25 and that their hourly overtime pay should have been $25.86. Plaintiffs allege they worked an average of 57.5 hours per week for approximately five

weeks. Each Plaintiff thus claims unpaid weekly overtime of $452.81. Together, Plaintiffs claim unpaid overtime wages of $4,528.13, liquidated damages of $4,528.13 (and thus total compensatory damages of $9,056.25), and attorney's fees.

Defendants dispute both liability and damages. Defendants contend that they were not Plaintiffs' employer and that their annual gross sales did not exceed $500,000. (Doc. No. 12.) Defendants contend that Plaintiffs' base pay was only $12 per hour, that each Plaintiff worked only about 8.425 hours of overtime per week, and that the alleged underpayment was $505.50 for each Plaintiff. This would yield total compensation for both Plaintiffs of $1,011 and liquidated damages of $1,011 for a total of $2,022 plus attorney's fees (if any).

Nevertheless, Defendants have agreed to settle Plaintiffs' claims. Defendants will pay Plaintiffs $13,000 to settle all claims in exchange for a general release of Defendants and their affiliates. This entirely compensates Plaintiffs for their alleged unpaid wages and liquidated damages of $9,056.25 and leaves Plaintiffs $3,943.75 to compensate their attorney. The parties agree that this is a fair settlement and ask the Court to approve it.

The settlement is not binding unless approved by either the Court or by the Department of Labor. <u>Lynn's Food Stores, Inc. v. United States Dep't of Labor</u>, 679

F.2d 1350, 1355 (11th Cir.1982). As this settlement gives Plaintiffs all the damages they have sought in a case where Defendants have contested both liability and damages, it is fair, and the Court should approve it.

This 17th day of September, 2018.

                                      BRIAN KIM PC

                                      By:   s/ Brian G. Kim
                                                Brian G. Kim
                                                Georgia Bar No. 479330
                                                *brian@leonandkim.com*

                                      Attorney for Plaintiffs

1815 Satellite Blvd.  #303
Duluth, Georgia  30097
678-878-4200
404-878-4208 (fax)

                                      CARLOCK, COPELAND & STAIR, LLP

                                      By:   s/ John C. Rogers
                                                JOHN C. ROGERS
                                                Georgia Bar No. 612741
                                                *jrogers@carlockcopeland.com*

                                      Attorney for Defendants

191 Peachtree Street, Suite 3600
Atlanta, Georgia  30303
404-522-8220
404-222-9482 (fax)

## **CERTIFICATE OF SERVICE**

I certify that I have this day served this Consent Motion to Enter Stipulated Judgment by filing it with the Court's electronic filing system, which should deliver copies to:

Brian G. Kim
1815 Satellite Blvd., #303
Duluth, GA 30097

This 17th day of September, 2018.

                                                                        CARLOCK, COPELAND & STAIR, LLP

                                                       By:   s/ John C. Rogers
                                                                    JOHN C. ROGERS
                                                                    Georgia Bar No. 612741
                                                                    *jrogers@carlockcopeland.com*

191 Peachtree Street, Suite 3600
Atlanta, Georgia  30303
404-522-8220
404-222-9482 (fax)
    ..........
P.O. Box 56887
Atlanta, Georgia  30303

6549686v.1