## IN THE UNITED DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| KYEONG HO JEON and <br> JIN RANG JEON, on behalf of <br> Themselves and other similarity situated <br><br> Plaintiffs, <br><br> v. <br><br> SK BEAUTY SUPPLY (aka SASSY <br> BEAUTY MART) and SON CHON, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action 1:18-CV01020-TCB <br> ) <br> ) <br> ) <br> ) <br> ) **STIPULATED JUDGMENT** <br> ) |

The Court has considered the parties statements of claim and their Consent Motion to Enter Stipulated Judgment. The Court finds the parties' settlement to be fair. Thus, the Court **GRANTS** the parties' Consent Motion to Enter Stipulated Judgment (Doc. No. 29.) With the stipulation of the parties, the Court thus enters **FINAL JUDGMENT** in favor of Plaintiffs and against Defendants in the amount of $13,000 on all of Plaintiffs' claims. The Clerk is instructed to **CLOSE** this case.

This __17th__ day of September, 2018.

_____
Hon. Timothy C. Batten
United States District Court Judge

Page - 1 -

**STIPULATED TO:**

BRIAN KIM PC

By: s/ Brian G. Kim
Brian G. Kim
Georgia Bar No. 479330
*brian@leonandkim.com*

Attorney for Plaintiffs

1815 Satellite Blvd. #303
Duluth, Georgia 30097
678-878-4200
404-878-4208 (fax)

CARLOCK, COPELAND & STAIR, LLP

By: s/ John C. Rogers
JOHN C. ROGERS
Georgia Bar No. 612741
*jrogers@carlockcopeland.com*

Attorney for Defendants

191 Peachtree Street, Suite 3600
Atlanta, Georgia 30303
404-522-8220
404-222-9482 (fax)

6549708v.1